UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| LINDA YAN WU | ) | CASE NO. 08 B 29405 |
| DEBTOR(S) | ) | |
| | ) | JUDGE JACQUELINE P. COX |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

   At:  U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, Illinois 60604

   On: **May 21, 2009**                    Time: **9:30 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.   ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

   Receipts                              $10,000.18

   Disbursements                     $      14.97

   Net Cash Available for Distribution     $ 9,985.21

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Allan J. DeMars, trustee | $      0 | $1,750.12 | $   9.88 |
| Allan J. DeMars, atty for trustee | $      0 | $1,105.00 | |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

NONE

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0                    must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be           %.

   Allowed priority claims are: NONE

7.       Claims of general unsecured creditors totaling $87,384.41  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 8.14814%.

Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | PYOD LLC as assignee of of Citibank | $ 9,814.91 | $ 799.73 |
| 2 | Discover Bank | 6,085.63 | 495.87 |
| 3 | Discover Bank | 11,443.21 | 932.41 |
| 4 | Chase Bank USA | 12,627.00 | 1,028.87 |
| 5 | GE Money Bank dba ABT TV | 7,154.31 | 582.94 |
| 6 | Lan Nguyen | 40,000.00 | 3,259.26 |
| 7 | Cambridge at the Glen Homeowners Assn. | 259.35 | 21.13 |
| | | $ 87,384.41 | $7,120.21 |

8.       Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.       The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.      Debtor has been discharged.

11.      The Trustee proposes to abandon the following property at the hearing either because there is no equity in said property or said property has been claimed as exempt: real estate located at 2157 Mint Lane, Glenview, IL: $630,000.00; ½ interest in time share: $13,000.00; checking account: $.85; household goods: $2,209.00; wearing apparel: $200.00; wedding band/necklace: $1,200.00; 2006 Honda Pilot: $15,000.00; office equipment: $300.00.

Dated:   **April 13, 2009**                                        For the Court,

                                                                 By:   **KENNETH S. GARDNER**
                                                                        Kenneth S. Gardner
                                                                        Clerk of the U.S. Bankruptcy Court
                                                                        219 So. Dearborn Street; 7th Floor
                                                                        Chicago, IL 60604

Trustee:      Allan J. DeMars
Address:      100 W. Monroe - Suite 910
               Chicago, IL 60603
Phone No.: (312) 726-3377

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: amcc7                Page 1 of 1              Date Rcvd: Apr 13, 2009
Case: 08-29405               Form ID: pdf002            Total Served: 21

The following entities were served by first class mail on Apr 15, 2009.
db          +Linda Yan Wu,   PO Box 941184,   Plano, TX 75094-1184
aty         +Joseph C. Michelotti,   Michelotti & Associates Ltd,   1200 Jorie Blvd.,   Suite 329,
             Oakbrook, IL 60523-2283
tr          +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
12795916     Amazon (CHase),   PO Box 15153,   Wilmington DE 19886-5153
12795917    +Best Buy,   PO Box 17298,   Baltimore MD 21297-1298
13031162    +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
13689774    +Cambridge at the Glen Homeowners Association,   c/o Kovitz Shifrin Nesbit,
             750 West Lake Cook Rd.,   Suite 350,   Buffalo Grove, IL 60089-2088
12795918     Citi,   PO Box 688916,   Des Moines, IA 50368-8916
12944730    +Countrywide,   PO Box 10222,   Van Nuys, CA 91410-0222
12944729    +HOnda Motor Credit,   PO Box 60001,   City of industry, CA 91716-0001
12962058    +Lan Ngyuen,   5840 N Spaulding,   Chicago, IL 60659-3512
12795922     Macy,   PO Box 689195,   Des Moines, IA 50368-9195
12944731    +Macy's,   PO Box 689195,   Des Moines,IA 50368-9195
13006956     PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
12944732    +Vu Trieu,   PO Box 941184,   Plano, TX 75094-1184
12795923     WAMU,   PO Box 660487,   Dallas TX 75266-0487
12962059    +Washington Mutual,   7255 Baymeadows Way,   Jacksonville, FL 32256-6851

The following entities were served by electronic transmission on Apr 14, 2009.
12795919     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 14 2009 08:09:06    Discover,   PO Box 30395,
             Salt Lake City, UT 84130-0395
13022473     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 14 2009 08:09:06
             Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
12795921     E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2009 08:03:20    GE Money Bank,   PO Box 960061,
             Orlando FL 32896-0061
13533725    +E-mail/PDF: rmscedi@recoverycorp.com Apr 14 2009 08:03:30
             Recovery Management Systems Corporation,   For GE Money Bank,   dba ABT TV/GEMB,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                  TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
12795920*   ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
             (address filed with court: Discover,   PO Box 30395,   Salt Lake City, UT 84130-0395)
                                                                          TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2009**                    **Signature:**      _Joseph Speetjens_