UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: LINDA YAN WU § Case No. 08-29405
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $640,600.85 | Assets Exempt: | $21,309.00 |
| Total Distributions to Claimants: | $7,121.60 | Claims Discharged Without Payment: | $98,993.81 |
| Total Expenses of Administration: | $2,879.97 | | |

3) Total gross receipts of $10,001.57 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,001.57 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $794,566.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,879.97 | $2,879.97 | $2,879.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $89,420.70 | $87,384.41 | $87,384.41 | $7,121.60 |
| **TOTAL DISBURSEMENTS** | $883,986.70 | $90,264.38 | $90,264.38 | $10,001.57 |

4) This case was originally filed under chapter **7** on **10/30/2008** [ *if applicable,* and it was converted to chapter 7 on _____ ]. The case was pending for **9** months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: **07/14/2009** By: **/s/ Allan J. DeMars**
Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Return of funds held by a 3rd party | 1129-000 | $10,000.00 |
| Interest on invested funds | 1270-000 | $1.57 |
| **TOTAL GROSS RECEIPTS** | | $10,001.57 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Honda Motor Credit | 4210-000 | $9,225.00 | $0.00 | $0.00 | $0.00 |
| Countrywide | 4110-000 | $647,841.00 | $0.00 | $0.00 | $0.00 |
| Washington Mutual | 4110-000 | $137,500.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | $794,566.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| International Sureties, Ltd. | 2300-000 | N/A | $14.97 | $14.97 | $14.97 |
| Allan J. DeMars | 2100-000 | N/A | $1,750.12 | $1,750.12 | $1,750.12 |
| Allan J. DeMars | 2200-000 | N/A | $9.88 | $9.88 | $9.88 |
| Allan J. DeMars | 3110-000 | N/A | $1,105.00 | $1,105.00 | $1,105.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $2,879.97 | $2,879.97 | $2,879.97 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | | | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | | | $0.00 |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC assignee of Citibank | 7100-900 | $8,463.00 | $9,814.91 | $9,814.91 | $799.89 |
| Best Buy | 7100-000 | $3,038.00 | $0.00 | $0.00 | $0.00 |
| Chase Bank USA | 7100-900 | $11,299.00 | $12,627.00 | $12,627.00 | $1,029.07 |
| GE Money Bank | 7100-000 | $5,496.00 | $7,154.31 | $7,154.31 | $583.06 |
| Discover Bank | 7100-900 | $5,267.70 | $6,085.63 | $6,085.63 | $495.96 |
| Discover Bank | 7100-900 | $10,164.00 | $11,443.21 | $11,443.21 | $932.59 |
| WAMU | 7100-900 | $10,256.00 | $0.00 | $0.00 | $0.00 |
| Macy's | 7100-900 | $5,437.00 | $0.00 | $0.00 | $0.00 |
| Lan Nguyen | 7100-000 | $30,000.00 | $40,000.00 | $40,000.00 | $3,259.89 |
| Cambridge at the Glen Homeowners Assn. | 7100-000 | $0.00 | $259.35 | $259.35 | $21.14 |
| TOTAL GENERAL UNSECURED CLAIMS | | $89,420.70 | $87,384.41 | $87,384.41 | $7,121.60 |

UST Form 101-7-TDR (4/1/2009)

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No.  08-29405                                    Trustee Name:  Allan J. DeMars

Case Name: LINDA YAN WU                               Date Filed (f) or Converted (c): 10/30/08(F)

For Period Ending: 12/31/08                           §341(a) Meeting Date: 12/17/08

                                                      Claims Bar Date:  03/25/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2157 Mint Lane Glenview, IL | 630,000.00 | 0.00 | DA | | FA |
| 2 | ½ interest in timeshare | 13,000.00 | 0.00 | DA | | FA |
| 3 | cash on hand held by Lan Ngayen | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 4 | checking account | 0.85 | 0.00 | DA | | FA |
| 5 | household goods | 2,209.00 | 0.00 | DA | | FA |
| 6 | wearing apparel | 200.00 | 0.00 | DA | | FA |
| 7 | wedding band/necklace | 1,200.00 | 0.00 | DA | | FA |
| 8 | 2006 Honda Pilot | 15,000.00 | 0.00 | DA | | FA |
| 9 | office equipment | 300.00 | 0.00 | DA | | FA |
| 10 | interest on invested funds | | | | 1.57 | |

TOTALS (Excluding unknown values)           10,000.00                    10,001.57

(Total Dollar Amount in Column 6)

Major activities affecting case closing: recovery of insider preference

Initial Projected Date of Final Report (TFR):   April, 2009        Current Projected Date of Final Report (TFR): 3/31/09

**EXHIBIT 9                    FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 08-29405  
Case Name: LINDA YAN WU  
Taxpayer ID#: 26-6696063  
For Period Ending: 12/31/09  

Trustee's Name: Allan J. DeMars  
Bank Name: Bank of America  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable): ___  
Money Market #: 375 555 1665  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 12/24/08 | Ref 1 | from debtor | return of funds being held by Lan Ngayen | 1129-000 | 10,000.00 | | 10,000.00 |
| 12/31/08 | | | check order fee (NOTE: WILL BE REVERSED) | | | 36.00 | 9,964.00 |
| 12/31/08 | Ref 10 | Bank of America | interest on invested funds | 1270-000 | 0.02 | | 9,964.02 |
| BALANCE CARRIED FORWARD | | | | | | | 9,964.02 |
| 1/7/09 | | | reversal of service charge | | | (36.00) | 10,000.02 |
| 1/31/09 | Ref 10 | Bank of America | interest on invested funds | 1270-000 | 0.08 | | 10,000.10 |
| 2/5/09 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 14.97 | 9,985.13 |
| 2/28/09 | Ref 10 | Bank of America | interest on invested funds | 1270-000 | 0.08 | | 9,985.21 |
| 3/31/09 | Ref 10 | Bank of America | interest on invested funds | 1270-000 | 0.60 | | 9,985.81 |
| 4/30/09 | Ref 10 | Bank of America | interest on invested funds | 1270-000 | 0.79 | | 9,986.60 |
| 5/21/09 | Check 1002 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,750.12 | 8,236.48 |
| 5/21/09 | Check 1003 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 9.88 | 8,226.60 |
| 5/21/09 | Check 1004 | Allan J. DeMars | attorney fees | 3110-000 | | 1,105.00 | 7,121.60 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 5/21/09 | Check 1005 | PYOD LLC as asssignee of Citibank | 726(a)(2); 8.14973% | 7100-900 | | 799.89 | 6,321.71 |
| 5/21/09 | Check 1006 | Discover Bank | 726(a)(2); 8.14973% | 7100-900 | | 495.96 | 5,825.75 |
| 5/21/09 | Check 1007 | Discover Bank | 726(a)(2); 8.14973% | 7100-900 | | 932.59 | 4,893.16 |
| 5/21/09 | Check 1008 | Chase Bank USA | 726(a)(2); 8.14973% | 7100-900 | | 1,029.07 | 3,864.09 |
| 5/21/09 | Check 1009 | GE Money Bank dba ABT TV | 726(a)(2); 8.14973% | 7100-900 | | 583.06 | 3,281.03 |
| 5/21/09 | Check 1010 | Lan Nguyen | 726(a)(2); 8.14973% | 7100-000 | | 3,259.89 | 21.14 |
| 5/21/09 | Check 1011 | Cambridge at the Glen Homeowners Assn. | 726(a)(2); 8.14973% | 7100-000 | | 21.14 | 0.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS Checking# Money Market # 375 555 1665 CD #CDI | 10,001.57 | 10,001.57 | 0.00 |
| Net | 10,001.57 | 10,001.57 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |